**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNA De CEOURSTY, as Successor-in-Interest to and as Wrongful Death Heir of DAVID De CEOURSTY, Deceased; and KEVIN De CEOURSTY, as Wrongful Death Heir of DAVID De CEOURSTY, Deceased,<br><br>      Plaintiffs,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, et al.,<br><br>      Defendants. | No. 3:15-cv-04984-EMC<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WALASHEK INDUSTRIAL & MARINE, INC.** |

      PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant WALASHEK INDUSTRIAL & MARINE, INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 1/22/16

By: _____
Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WALASHEK INDUSTRIAL & MARINE, INC.