**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA De CEOURSTY, as Successor-in-Interest to and as Wrongful Death Heir of DAVID De CEOURSTY, Deceased; and KEVIN De CEOURSTY, as Wrongful Death Heir of DAVID De CEOURSTY, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, et al.,<br><br>Defendants. | No. 3:15-cv-04984-EMC<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT O'REILLY AUTO ENTERPRISES, LLC (FKA CSK AUTO, INC.)** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant O'REILLY AUTO ENTERPRISES, LLC (FKA CSK AUTO, INC.) are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:   2/5/16

_____
Edward M. Chen
Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT O'REILLY AUTO ENTERPRISES, LLC (FKA CSK AUTO, INC.)