BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA De CEOURSTY, as Successor-in-Interest to and as Wrongful Death Heir of DAVID De CEOURSTY, Deceased; and KEVIN De CEOURSTY, as Wrongful Death Heir of DAVID De CEOURSTY, Deceased,<br><br>            Plaintiffs,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, et al.,<br><br>            Defendants. | No. 3:15-cv-04984-EMC<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASSOCIATED INSULATION OF CALIFORNIA** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant ASSOCIATED INSULATION OF CALIFORNIA are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: April 25, 2016                    By: _____
                                              Edward M. Chen
                                              United States District Judge

*[Seal: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court, Northern District of California]*

ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASSOCIATED INSULATION OF CALIFORNIA