I.

**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA De CEOURSTY, as Successor-in-Interest to and as Wrongful Death Heir of DAVID De CEOURSTY, Deceased; and KEVIN De CEOURSTY, as Wrongful Death Heir of DAVID De CEOURSTY, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, et al.,<br><br>Defendants. | No. 3:15-cv-04984-EMC<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DANA COMPANIES, LLC formerly known as DANA CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant DANA COMPANIES, LLC formerly known as DANA CORPORATION are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 7/29/16        By: _____
                         Edward M. Chen
                         United States

*[Seal: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

1
ORDER GRANTING PARTIES' DISMISSAL WITH OUT PREJUDICE OF DEFENDANT DANA COMPANIES, LLC formerly known as DANA CORPORATION