**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
2
3
4
5
6       **UNITED STATES DISTRICT COURT**
7       **NORTHERN DISTRICT OF CALIFORNIA**
8
9  JENNA De CEOURSTY, as Successor-in-  )   No. 3:15-cv-04984-EMC
   Interest to and as Wrongful Death Heir of  )
10 DAVID De CEOURSTY, Deceased; and   )   **ORDER GRANTING PARTIES'**
   KEVIN De CEOURSTY, as Wrongful   )   **DISMISSAL WITH PREJUDICE OF**
11 Death Heir of DAVID De CEOURSTY,   )   **DEFENDANT PUGET SOUND**
   Deceased,                         )   **COMMERCE CENTER, INC.,**
12                                   )   **formerly known as**
                Plaintiffs,          )   **TODD SHIPYARDS CORPORATION**
13 vs.                               )
                                     )
14 GENERAL DYNAMICS                  )
   CORPORATION, et al.,              )
15                                   )
                Defendants.          )
16                                   )
                                     )
17                                   )
                                     )
18 _____    )
19
20
21       PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant
22 PUGET SOUND COMMERCE CENTER, INC., formerly known as TODD SHIPYARDS
23 CORPORATION are hereby dismissed with prejudice, pursuant to Rule 41 of the Federal Rules
24 of Civil Procedure.
25
26
   Dated: 8/12/16                    By: _____
27                                       Edward M. Chen
                                         United States District Judge
28

*IT IS SO ORDERED*
*Judge Edward M. Chen*

---
1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT PUGET SOUND
COMMERCE CENTER, INC., formerly known as TODD SHIPYARDS CORPORATION