BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA De CEOURSTY, as Successor-in-Interest to and as Wrongful Death Heir of DAVID De CEOURSTY, Deceased; and KEVIN De CEOURSTY, as Wrongful Death Heir of DAVID De CEOURSTY, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, et al.,<br><br>Defendants. | No. 3:15-cv-04984-EMC<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 8/31/2016

By:_____
Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY